WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEVEN TAYLOR**,                                    Case No. 1:13-cv-01560-KI

          Plaintiff,

vs.                                                    ~~PROPOSED~~ ORDER

**COMMISSIONER of Social Security**,

          Defendant.

_____

Attorneys' fees in the amount of $50,386.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney for the disability merits litigation, and to send to Plaintiff's attorney the balance of **$17,594.03**, minus any user fee. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

          DATED this 25 day of July , 2016.

                                        _____
                                        United States District Court Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1